THE PEOPLE ex rel. PHILIP O'SULLIVAN, Appellant, *v.* STEPHEN B. FRENCH et al., as Commissioners, etc., Respondents.

(Submitted June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 7, 1889, which affirmed the proceedings of the respondents in composing the board of police commissioners of the police department of the city of New York removing the relator from the police force of said city, and dismissed a writ of certiorari issued to review said proceedings.

*Louis J. Grant* for appellant.

*David J. Dean* and *Edward H. Hawke, Jr.,* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.